### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

SCCI HOSPITAL – EL PASO, LLC,
d/b/a KINDRED HOSPITAL EL PASO
and KINDRED HOSPITALS WEST, LLC d/b/a
KINDRED HOSPITAL – DENVER,

        Plaintiffs,

Civil Action No: 1:25-cv-00542-KG-JMR

HEALTH CARE SERVICE CORPORATION
d/b/a BLUE CROSS BLUE SHIELD OF NEW
MEXICO,

        Defendant.

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs SCCI Hospital – El Paso, LLC d/b/a Kindred Hospital El Paso and Kindred Hospitals West, LLC d/b/a Kindred Hospital – Denver (together, "Plaintiffs") and Defendant Health Care Service Corporation d/b/a Blue Cross and Blue Shield of New Mexico, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company ("Defendant"), through their counsel, hereby advise the Court that the parties have settled this matter.

In light of the parties' settlement and pursuant to agreement, the above-referenced action is hereby dismissed with prejudice with each side to bear its own fees and costs.

SO ORDERED:

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.

AGREED TO BY:

By: */s/Amir Shlesinger*

Christina Muscarella Gooch
SUTIN, THAYER & BROWNE
P. O. Box 1945
Albuquerque, NM 87103-1945
Telephone: (505) 883-2500
tmg@sutinfirm.com

and

Amir Shlesinger (admitted *pro hac vice*)
Crowell & Moring LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
ashlesinger@crowell.com

Saheli Chakrabarty (admitted *pro hac vice*)
Crowell & Moring LLP
9735 Carnegie Drive
Dallas, TX 75228
Telephone: (312) 379-4206
schakrabarty@crowell.com

*Attorneys for Defendant*

By: */s/William H. Mazur*

Adrianne J. Simon (admitted *pro hac vice*)
William H. Mazur (admitted *pro hac vice*)
FULTZ MADDOX DICKENS PLC
101 South Fifth Street, 27th Floor
Louisville, KY 40202
(502) 588-2000
asimon@fmdlegal.com
wmazur@fmdlegal.com
*Attorneys for Plaintiffs*

and

Pete V. Domenici, Jr.
DOMENICI LAW FIRM P.C.
P.O. Box 4295
Albuquerque, New Mexico 87196-4295
(505) 883-6250
Pdomenici@domenicilaw.com